IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THELMA WILLIAMS, JR.                                                                          PLAINTIFF
ADC #93197

VS.                              CASE NO. 5:07CV00180 JMM

BROOKS PARKS, et al.                                                                         DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that defendants Joshua Shineflew, John Doe, Arkansas Department of Correction, Willie Hampton, Dean Pickman, Bigger and P. Persons are hereby dismissed from plaintiff's complaint, for failure to state a claim.

SO ORDERED this 15th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE