IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THELMA WILLIAMS, JR.                                                                    PLAINTIFF
ADC #93197

VS.                             CASE NO. 5:07CV00180 JMM

BROOKS PARKS, et al.                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Defendants' motion to dismiss, which this Court construes as a motion for summary judgment, is hereby GRANTED, and Plaintiff's claims against Defendants are DISMISSED with prejudice.

SO ADJUDGED this 5th day of February, 2008.


_____
UNITED STATES DISTRICT JUDGE